IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-404 T

(Judge Lawrence J. Block)

WILLIAM WONG and MADELANE C. WONG,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

The parties, through their attorneys, respectfully request that proceedings be suspended in the above-captioned case. This case is an AMCOR case that presents issues of fact and law in common with *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, and *Donald L. Bettye G. Dismore v. United States*, Fed. Cl. No. 04-1787 T. Accordingly, the parties request that proceedings be suspended pending a final decision in *Isler*, *Scuteri*, and *Dismore*.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

Respectfully submitted,

7/17/2006 s/Thomas E. Redding by s/Bart D. Jeffress
Date

THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018

(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

7/17/2006 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

7/17/2006 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant